# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

RISHAWN JONES,                                    Case No. 19-860 (NEB/SER)

          Petitioner,

v.                                               ORDER ACCEPTING REPORT AND
                                                        RECOMMENDATION
M. RIOS, Warden,

          Respondent.

---

The Court has received the June 25, 2019 Report and Recommendation of United States Magistrate Judge Steven E. Rau. [ECF No. 10 ("R&R").] No party has objected to that R&R, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Court ACCEPTS the R&R, and

2. Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 1] is DISMISSED WITHOUT PREJDUICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 30, 2019                             BY THE COURT:


                                                 s/Nancy E. Brasel
                                                 Nancy E. Brasel
                                                 United States District Judge